**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Riverstreet Ventures, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **21-10818** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Jam Trading, LLC**<br>Creditor's Name<br><br>**9418 W. Broadview Dr.**<br>**Miami Beach, FL 33154**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/20/20**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Lion FInancial**<br>**2. Jam Trading, LLC**<br>**3. Mathes Brierre , A Professional Corp.** | **Describe debtor's property that is subject to a lien**<br>**Squares 216 & 217; 200 Lamarque Street, Algiers, New Orleans, LA 70114**<br><br>**Describe the lien**<br>**Second Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $190,000.00 | $5,000,000.00 |
| **2.2** **Lion FInancial**<br>Creditor's Name<br><br>**301 W. 41st Street**<br>**Suite 406**<br>**Miami Beach, FL 33140**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/31/16**<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**Squares 216 & 217; 200 Lamarque Street, Algiers, New Orleans, LA 70114**<br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,900,000.00 | $5,000,000.00 |

| Debtor | **Riverstreet Ventures, LLC** | Case number (if known) | **21-10818** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mathes Brierre , A Professional Corp.** | | | $600,000.00 | $5,000,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | | |
| | **201 St. Charles Ave.** | **Squares 216 & 217; 200 Lamarque Street, Algiers, New Orleans, LA 70114** | | | |
| | **Suite 4100** | | | | |
| | **New Orleans, LA 70170** | | | | |
| | Creditor's mailing address | | | | |

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/11/21**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$3,690,000.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Laura Ashley**<br>**201 St. Charles Ave.**<br>**49th Floor**<br>**New Orleans, LA 70170** | Line **2.2** | |
| **Robert J. Burvant**<br>**201 St. Charles Ave.**<br>**45th Floor**<br>**New Orleans, LA 70170** | Line **2.3** | |