**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Riverstreet Ventures, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known) | **21-10818** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alberto Monkwoski**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$250,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Broker's Holding Group**<br>**20200 West Dixie Hwy.**<br>**Suite G-07**<br>**Miami, FL 33180**<br>Date(s) debt was incurred **4/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$200,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Carlton Wine, LTD**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **4/21/17**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$500,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Caroline Moutoufis**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **10/1/19**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$100,000.00** |

Debtor **Riverstreet Ventures, LLC**
Name

Case number (if known) **21-10818**

---

**3.5** **Nonpriority creditor's name and mailing address**
**David Goitia**
**c/o Jean-Charles Bosca**
**2699 Tiger Tail**
**Apt. PH51**
**Miami, FL 33133**
Date(s) debt was incurred **11/17/20**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**David Rey Goitia**
**c/o Jean-Charles Bosca**
**2699 Tiger Tail**
**Apt. PH51**
**Miami, FL 33133**
Date(s) debt was incurred **3/13/18**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$250,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Dominique Donzier**
**c/o Jean-Charles Bosca**
**2699 Tiger Tail**
**Apt. PH51**
**Miami, FL 33133**
Date(s) debt was incurred **7/27/17**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**Equisiagitta Alquiler SAS**
**20200 W. Dixie Hwy.**
**Miami, FL 33180**
Date(s) debt was incurred **10/2019, 12/2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$270,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**Guido Rodgiguez Velez**
**925 NE 3rd Street**
**Hallandale, FL 33009**
Date(s) debt was incurred **12/2019, 10/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$350,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Jacques & Mariette Desplan**
**c/o Jean-Charles Bosca**
**2699 Tiger Tail**
**Apt. PH51**
**Miami, FL 33133**
Date(s) debt was incurred **4/16/18**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**Jorge Rodriguez Claret**
**c/o Jean-Charles Bosca**
**2699 Tiger Tail**
**Apt. PH51**
**Miami, FL 33133**
Date(s) debt was incurred **8/15/17**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Riverstreet Ventures, LLC** Case number (if known) **21-10818**
Name

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jorge Silbert**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **11/8/18**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $200,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Juvach Corp**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **6/7/17**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $250,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**M.E.C Productions**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **12/13/17, 11/29/18**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,100,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Marcelo Silbert**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **10/9/18**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $200,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Marcos Goitia**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **8/6/20**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $75,000.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Martine Maron**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **1/16/20, 3/4/20, 6/24/20**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No ☐ Yes | $462,000.00 |

| Debtor | **Riverstreet Ventures, LLC** | Case number (if known) | **21-10818** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|
| | **Michelle Bezio**<br>**c/o Jean Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/24/19** | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
| | **Mirau, LLC**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/1/19** | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **New Orleans Assessor**<br>**New Orleans City Hall**<br>**Room 4E01**<br>**1300 Perdido St.**<br>**New Orleans, LA 70112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Real Estate Taxes for 2021** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Osvaldo & Carolina Bruno**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/5/18** | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240,000.00** |
|---|---|---|---|
| | **Pablo Marantz**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017, 7/10/18** | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Rene Moutoufis**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/14/20** | Basis for the claim: **Money Loaned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Riverstreet Ventures, LLC**  
        Name

Case number (if known) **21-10818**

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**SAMTO, LLC**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **12/19/17**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$250,000.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Sara Morea**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **11/4/20**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Serge Bezio**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **6/26/19**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$250,000.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Yves de Keersmaeker**<br>**c/o Jean-Charles Bosca**<br>**2699 Tiger Tail**<br>**Apt. PH51**<br>**Miami, FL 33133**<br>Date(s) debt was incurred **7/27/17**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Money Loaned**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **6,207,000.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **6,207,000.00** |