**Fill in this information to identify the case:**

Debtor name     **Riverstreet Ventures, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF LOUISIANA

Case number (if known)     **21-10818**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $     **5,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  $     **2,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................  $     **5,002,000.00**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **3,690,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$     **6,207,000.00**

4.  Total liabilities .....................................................................................................
   Lines 2 + 3a + 3b                                                         $     **9,897,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy