**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 21-10818 |
| **RIVERSTREET VENTURES, LLC** | CHAPTER 11 |
| DEBTOR | SECTION "A" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF SIMON, PERAGINE, SMITH & REDFEARN, LLP, <u>FORMER COUNSEL FOR THE DEBTOR</u>**

The application of the law firm of Simon, Peragine, Smith & Redfearn, LLP ("<u>Applicants</u>"), former attorneys for Riverstreet Ventures, LLC ("Debtor"), pursuant to 11 U.S.C. §§330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Rule 2016-1, who make this *First and Final Application for Compensation and Reimbursement* ("<u>Application</u>") for the allowance and payment of compensation in the amount of $23,220.50 and for reimbursement of actual and necessary expenses in the amount of $5.09 for a total amount of $23,225.59 for the period June 24, 2021 through August 31, 2021, and who respectfully represent as follows:

1. This Court has jurisdiction over this case and this Application pursuant to 28 U.S.C. §§157 and 1334; this is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue of this case and this Application is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. On June 23, 2021 ("Petition Date"), the Debtor filed for relief under chapter 11 of the Bankruptcy Code. The Debtor intends to continue to operate its business and manage its property as debtor-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has yet been established.

3. This Court preliminarily approved retention of Patrick S. Garrity and Applicants by the Debtor herein by Order [Dkt. #10] entered July 1, 2021 and finally approved their retention by an

Order [Dkt. #41] entered July 28, 2021. They were employed under a general retainer to be paid as an administrative expense of the bankruptcy estate.

4. On September 1, 2021, Patrick S. Garrity became employed by The Derbes Law Firm, LLC ("DLF"). On September 13, 2021, this Court entered an order [Dkt. #55] substituting DLF as counsel for the Debtor, effective September 1, 2021.

5. This Application represents applicants' first and final application for compensation and reimbursement of expenses. To date, no previous orders have been applied for or received by applicants.

6. Applicants seek an allowance of $23,220.50 in attorney's fees and reimbursement of $5.09 in expenses, for a total balance of $23,225.59 for services rendered and expenses incurred from June 24, 2021 through August 31, 2021. During this period, Applicants expended a total of 69.60 hours and request compensation in accordance with the Applicants' usual and customary charges for legal services of this nature.

7. Applicants have attempted to make the most efficient use of personnel so as to minimize the ultimate cost to the estate and have performed such services efficiently, effectively, and economically. A complete description and detailed accounting of the services rendered, and a summary of expenses incurred are set forth, attached hereto, and made a part hereof.

8. Applicants ask this Honorable Court to review the Application according to the substantive standards articulated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330*, dated January 30, 1996.

9. Your Applicants show that the following factors, under *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), are to be considered in awarding fees in this case:

a) **Time and Labor Required**: Your Applicants attach hereto an itemization of the time spent showing time from June 24, 2021 through August 31, 2021 of 69.60 hours;

b) **Novelty and Difficulty of the Questions**: During the course of the instant Chapter 11 case, several unique factual and legal questions have been presented by this case including, but not limited to, the following:

(1) Analysis of the Debtor's business operations and debt structure;

(2) Advise the Debtor regarding financing options;

(3) Review and advise the Debtor regarding valuation of the Debtor's assets;

(4) Answering questions from creditors and other claimants regarding their claims, and future status; and,

(5) Advise the Debtor regarding relief from the automatic stay.

c) **The Skill Requisite to Perform Legal Services Properly**: The case has required knowledge of reorganization law under Chapter 11 of Title 11, some principals of accounting and asset evaluation, and the applicable law of property and security devices. Services were rendered by Patrick S. Garrity. Mr. Garrity has over twenty-five (25) years of experience, representing debtors, creditors, and committees in bankruptcy proceedings in all districts of Louisiana. He is certified as a Business Bankruptcy Specialist by the Louisiana State Bar Association and American Board of Certification, and has experience in analysis, negotiation, drafting, and consummation of bankruptcy plans and the implementation of relevant provisions of the Bankruptcy Code. Applicants believe that their recognized expertise in the area of corporate reorganization, experience in bankruptcy matters, and ability to understand complex matters and negotiate resolutions will continue to contribute to the maximization of recoveries received by unsecured creditors herein.

      d) **The Preclusion of Other Employment Due to Acceptance of the Case:** Applicants' representation of the Debtor has not precluded its acceptance of new clients, although certain matters have required a substantial devotion of time and resources.

      e) **The Customary Fee**: The fee schedule used by Applicants is consistent with reasonable and customary hourly rates charged by other professionals of equal education and experience, in matters of similar complexity, scope, and significance. The total services charged by each person whose services form a basis for this Application, and the hours spent by each such person, are as follows:

| Individual | Hours | Total |
|---|---|---|
| Patrick S. Garrity | 65.30 | $ 22,855.00 |
| Macy P. Spencer | 4.30 | $ 365.50 |
| **Total** | **69.60** | **$ 23,220.50** |

These rates are the regular current hourly fees charged by each attorney and paralegal in similar cases. Travel time is billed at half rate in this case. Applicants have not shared or agreed to share compensation or reimbursement of expenses awarded in this case with any other person except as among the members and employees of the firm.

      f) **Whether the Fee is Fixed or Contingent**: Your Applicants were employed as counsel to represent the Debtor, having agreed to the hourly rates as stated above, and for reimbursement of actual, direct expenses. However, here, as in many Chapter 11 cases, the fee is partially contingent since there is and can be no assurance that there will be funds available to pay the attorneys for the Debtor in the event the case is dismissed or converted to Chapter 7.

      g) **Time Limitations**: As in most bankruptcy matters, Applicants have had to perform services under time constraints given the date of engagement and approval by this Honorable Court, and the timing of certain motions and matters of interest to the estate.

h) **Amount Involved and Results Obtained**: All services for which Applicants request payment, and all expenses for which reimbursement is requested have been rendered and spent on behalf of the Debtor and no other persons, creditors, or parties, and the compensation requested is strictly for legal and professional services rendered. The services provided by Applicants have been rendered as requested and as necessary and appropriate in furtherance of the interests of the Debtor, and are representative of traditional services rendered in connection with business related Chapter 11 bankruptcy cases.

i) **The Experience, Reputations and Ability of Applicants**: These factors are expressed in (c) above.

j) **The Undesirability of the Case:** This is not an undesirable case except to the extent that time demands may have sometimes precluded work for other clients.

k) **The Nature and Length of Professional Relationship**: The professional relationship with the client began in June 2021 and has continued until the date of this Application.

10. Applicants also request an order that the compensation requested herein be paid forthwith by the Debtor, and/or any disbursing agent out of funds held by them and out of the Debtor's estate as a priority claim pursuant to 11 U.S.C. §507.

11. All services by applicants were rendered to and on behalf of the Debtor and no other person.

**WHEREFORE,** your Applicants pray that this Application be granted and that:

(1) there be an order made by this Honorable Court approving reasonable compensation for professional fees to the law firm of Simon, Peragine, Smith & Redfearn, LLP in the sum of $23,220.50 and for reimbursement of actual and necessary expenses in the amount of $5.09 for the period June 24, 2021 through August 31, 2021, for a total of $23,225.59 for that period;

(2)  the order directs the Debtor to pay said fees and expenses forthwith out of the estate's funds held by the Debtor and out of the Debtor's estate as an administrative priority claim pursuant to 11 U.S.C. §507;

(3)  the order make this award final; and

(4)  for any and all other relief to which Applicants may be entitled.

RESPECTFULLY SUBMITTED:

*/s/ Patrick S. Garrity*
PATRICK S. GARRITY (#23744)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70005
Telephone: (504) 207-0920
Facsimile: (504) 684-5507
Email: pgarrity@derbeslaw.com

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 21-10818** |
| **RIVERSTREET VENTURES, LLC** | **CHAPTER 11** |
| **DEBTOR** | **SECTION "A"** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ITEMIZATION OF TIME AND EXPENSES OF SIMON, PERAGINE, SMITH & REDFEARN, LLP, FORMER COUNSEL FOR THE DEBTOR**

SEE ATTACHED ITEMIZATION

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

(1100 POYDRAS STREET)

**NEW ORLEANS 70163-3000**

TELEPHONE (504) 569-2030

```
                                                      PAGE      1

RIVERSTREET VENTURES, LLC                             November 16, 2021
C/O PHILIP J. SPIEGELMAN
3300 NE 188 STREET, SUITE 211                         INVOICE #   709513
AVENTURA, FL  33180
                                                      BILLING ATTORNEY - PSG


CLIENT NUMBER -       10748 - 000

For Professional Services Rendered Through November 16, 2021



RE:  BANKRUPTCY CHAPTER 11                            MATTER NUMBER -          1
--------------------------------------------------------------------------------

 7/01/21  PSG    2.00     700.00   Work on IDI docs
 7/01/21  PSG     .50     175.00   Telephone call w/ client re: IDI
 7/01/21  PSG     .40     140.00   Telephone call w/ I. Middleburg re
                                   motion to lift stay
 7/01/21  PSG     .40     140.00   Telephone call w/ R. Cerone re: case
                                   issues
 7/02/21  PSG     .70     245.00   Prepare and email IDI docs to M. Maher
 7/06/21  PSG     .40     140.00   Telephone call with client regarding
                                   initial debtor interview
 7/06/21  PSG    1.10     385.00   Attend IDI
 7/08/21  PSG     .80     280.00   Revise schedules
 7/08/21  PSG     .30     105.00   Emails to client re: schedules
 7/08/21  PSG     .30     105.00   Emails to I. Middleburg re: condo roject
                                   issues
 7/08/21  PSG     .40     140.00   Telephone call w/ I. Middleburg re:
                                   condo project issues
 7/15/21  PSG     .40     140.00   Review email from M. Maher re: docs
                                   needed after IDI
 8/02/21  PSG     .40     140.00   Telephone call w/ client re: operating
                                   reports
 8/02/21  PSG    1.20     420.00   Multiple emails w/ R. Cryar and client
                                   re: non-disclosure agreement
 8/04/21  PSG     .60     210.00   Telephone call w/ client re: monthly
                                   report
 8/05/21  PSG     .40     140.00   Emails to client re: operating report
 8/06/21  PSG     .40     140.00   Multiple emails to client re: operating
                                   report
 8/06/21  PSG     .40     140.00   Review emails from E. Rantz re:
                                   application to employ
 6/17/21  PSG    3.80     N/C      No Charge - Research single asset real
```

OUR TAX I.D. NO. 72-0859959

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

(1100 POYDRAS STREET)

**NEW ORLEANS 70163-3000**

TELEPHONE (504) 569-2030

```
                                                    PAGE      2
                                                    November 16, 2021
                                                    INVOICE # -   709513

RE:   BANKRUPTCY CHAPTER 11                    MATTER NUMBER -           1
-------------------------------------------------------------------------
                                      estate issues (N/C)
 6/18/21  PSG    4.20       N/C       No Charge - Research debt to equity
                                      provisions for Ch. 11 plan (N/C)
 7/16/21  PSG     .60    210.00       Telephone call w/ R. Cryar re: financing
 7/19/21  PSG     .60    210.00       Email to L. Sutton re: appraisal
 8/03/21  PSG     .40    140.00       Telephone call w/ R. Cerone re:
                                      appraisals
 8/02/21  PSG     .60    210.00       Conference call w/ client and I.
                                      Middleburg re: permit issues
 6/29/21  PSG     .30    105.00       Telephone call w/ Laura Ashley re:
                                      motion to lift stay
 6/30/21  PSG    1.00    350.00       Review motion to lift stay filed by Lion
                                      Financial
 6/30/21  PSG    1.70    595.00       Review appraisals form Debtor and Lion
                                      Financial
 6/30/21  PSG     .30    105.00       Emails to client re: motion to lift stay
 7/02/21  PSG    2.00    700.00       Review information rand docs e: real
                                      estate development project
 7/12/21  PSG     .40    140.00       Telephone call w. L. Ashley re: hearing
                                      on lift stay and discovery
 7/12/21  PSG     .20     70.00       Emails to client re: appraisal from Lion
 7/12/21  PSG     .40    140.00       Review information re: Lion appraiser
 7/13/21  PSG     .20     70.00       Telephone call with court re: hearing on
                                      lift stay motion
 7/13/21  PSG     .30    105.00       Emails to L. Ashley re: hearing on lift
                                      stay motion
 7/13/21  PSG     .30    105.00       Emails to client re: hearing on lift
                                      stay motion
 7/14/21  PSG     .40    140.00       Emails to L. Ashley re: appraisals
 7/14/21  PSG     .30    105.00       Review emails from Novogradec re:
                                      appraisal
 7/14/21  PSG    1.40    490.00       Review appraisals from Novogradec
 7/15/21  PSG    2.50    875.00       Research issues re: opposition to lift
                                      stay
 7/16/21  PSG     .20     70.00       Email to L. Ashley re: hearing
 7/20/21  PSG    3.80  1,330.00       Research for response to motion to lift
                                      stay
 7/21/21  PSG    3.50  1,225.00       Work on response to motion to lift stay;
 7/21/21  PSG     .20     70.00       Telephone call w/ L. Ashley re: hearing
                                      on motion to lift stay
 7/21/21  PSG     .40    140.00       Prepare joint motion to continue hearing
                                      and order
 7/21/21  PSG     .20     70.00       Emails to L. Ashley re: joint motion to
```

OUR TAX I.D. NO. 72-0859959

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

(1100 POYDRAS STREET)

**NEW ORLEANS 70163-3000**

TELEPHONE (504) 569-2030

```
                                                          PAGE      3
                                                          November 16, 2021
                                                          INVOICE # -   709513

RE:    BANKRUPTCY CHAPTER 11                       MATTER NUMBER -             1
--------------------------------------------------------------------------------
                                       continue hearing
 7/22/21   PSG    4.00  1,400.00       Work on response to motion to lift stay;
                                       prepare motion for leave and order
 7/26/21   PSG     .40    140.00       Telephone call w/ L. Ashley re: motion
                                       to lift
 7/26/21   PSG     .40    140.00       Telephone call w/ client re: motion to
                                       lift
 7/26/21   PSG    1.00    350.00       Review appraisal from Lion
 7/27/21   PSG     .40    140.00       Telephone call w. R. Cryar re: debts
 7/27/21   PSG     .40    140.00       Telephone call w. client re: appraisal
 7/27/21   PSG     .30    105.00       Telephone call w. I. Middleburg re:
                                       appraisal
 7/28/21   PSG     .30    105.00       Telephone call w/ Mathes Brierre re:
                                       lift stay
 8/04/21   PSG     .50    175.00       Multiple emails to L. Ashley re: hearing
                                       on motion to lift stay
 8/16/21   PSG     .40    140.00       Telephone call w/ R. Cerone re: lift
                                       stay hearing
 8/16/21   PSG     .40    140.00       Telephone call w/ client re: lift stay
                                       hearing
 8/19/21   PSG     .30    105.00       Email to client re: appraiser testimony
 8/19/21   PSG     .30    105.00       Email to R. Cryar re: financing issues
 8/23/21   PSG     .40    140.00       Emails to client re: conference with
                                       appraiser
 8/24/21   PSG     .30    105.00       Emails to client re: conference with
                                       appraiser
 8/27/21   PSG     .80    280.00       Conference call w/ client and Novagradac
                                       re: hearing on lift stay
 8/27/21   PSG     .30    105.00       Telephone call w/ E. Rantz re: lift stay
                                       hearing
 6/24/21   PSG     .40    140.00       Telephone call w/ M. Maher re: IDI and
                                       case issues
 6/24/21   PSG     .40    140.00       Review emails from parties re: financing
 6/24/21   PSG     .40    140.00       Review and respond to emails from M.
                                       Langston re: 341 meeting
 6/25/21   PSG     .30    105.00       Review and respond to emails from M.
                                       Maher re: IDI
 6/29/21   PSG     .30    105.00       Emails to client re: docs for IDI
 6/29/21   PSG    1.80    630.00       Work on docs for IDI
 6/30/21   PSG     .40    140.00       Telephone call w/ R. Cerone re: investor
                                       claims
 7/14/21   PSG     .60    210.00       Telephone call w/ client re: creditor
                                       meeting
```

OUR TAX I.D. NO. 72-0859959

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

(1100 POYDRAS STREET)

**NEW ORLEANS 70163-3000**

TELEPHONE (504) 569-2030

```
                                                    PAGE      4
                                                    November 16, 2021
                                                    INVOICE # -   709513

RE:   BANKRUPTCY CHAPTER 11                      MATTER NUMBER -          1
---------------------------------------------------------------------------
  7/19/21   PSG      .40      140.00    Telephone call w/ client re: 341 meeting
  7/19/21   PSG     1.10      385.00    Attend 341 meeting
  7/13/21   PSG      .30      105.00    Emails to E. Rantz re: application to
                                          employ MRG
  7/27/21   PSG      .40      140.00    Prepare final order on application to
                                          employ SPSR
  8/03/21   PSG      .60      210.00    Review revised application to employ
                                          special counsel
  7/07/21   PSG      .40      140.00    Telephone call w/ I. Middleburg re:
                                          removal issues
  7/07/21   PSG     2.40      840.00    Research removal of judgment not final
                                          and Rooker Feldman
  7/08/21   PSG      .20       70.00    Email to E. Rantz re: appeal deadlines
  7/09/21   PSG      .40      140.00    Review memo re: removal of non-final
                                          judgment
  7/09/21   PSG      .90      315.00    Prepare application to employ Middleburg
                                          Riddle
  7/09/21   PSG      .60      210.00    Telephone call w/ E. Rantz re: removal
                                          issues
  7/19/21   PSG      .30      105.00    Review insurance certificate; email to
                                          M. Maher
  7/27/21   PSG      .30      105.00    Email to client re: operating report
  7/28/21   PSG      .30      105.00    Emails to client re: operating report
  7/30/21   PSG      .60      210.00    Conference call re: city permit issues
  8/13/21   PSG     1.10      385.00    Conference call w/ R. Cryar and C.
                                          Taurman re: financing issues.
  7/06/21   PSG      .40      140.00    Telephone call w/ H. Davey re: exit
                                          financing issues
  7/06/21   PSG      .40      140.00    Review email from M. Maher re: IDI
  7/06/21   PSG      .30      105.00    Email to client re: IDI follow-up
  7/19/21   PSG      .40      140.00    Telephone call w/ R. Cryar re: financing
  7/19/21   PSG      .60      210.00    Telephone call w/ M. Hammer, client, and
                                          I. Middleburg re: financing
  7/08/21   PSG      .60      210.00    Review docs from client re: note
                                          assignment
  7/09/21   PSG      .60      210.00    Review suit re: removal
  8/17/21   PSG     2.30      805.00    Research cram down issues
  7/09/21   MPS     2.50      212.50    Study research - Researching whether the
                                          client can remove a pending appeals case
                                          to federal bankruptcy court.
  7/09/21   MPS     1.80      153.00    Drafting of documents - drafting a
                                          memorandum regarding removal and the
                                          Rooker-Feldman doctrine.
```

OUR TAX I.D. NO. 72-0859959

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

(1100 POYDRAS STREET)

**NEW ORLEANS 70163-3000**

TELEPHONE (504) 569-2030

```
                                                  PAGE       5
                                                  November 16, 2021
                                                  INVOICE # -    709513

RE:   BANKRUPTCY CHAPTER 11                      MATTER NUMBER -        1
------------------------------------------------------------------------------
 7/16/21  PSG    .60    210.00    Telephone call w/ client re: plan issues

        PROFESSIONAL SERVICES                                    23,220.50



        SUMMARY OF PROFESSIONAL SERVICES

   ATTORNEY                          HOURS                        AMOUNT

   Patrick S. Garrity                65.30                     22,855.00
   Macy P. Spencer                    4.30                        365.50

        FIRM TOTAL                   69.60                     23,220.50


        COSTS ADVANCED

  7/30/21   TELECONFERENCE SERVICES, AT AND T TELECONFERENCE        1.43
            SERVICES, 108-002810, TELEPHONE CONFERNECE ON
            7/30/2021 AT 11:29AM
  8/26/21   TELECONFERENCE SERVICES, AT AND T TELECONFERENCE        3.66
            SERVICES, 108-002810, TELEPHONE CONFERENCE ON
            7/30/2021 AT 1:58PM.

        TOTAL COSTS ADVANCED                                        5.09


        INVOICE TOTAL                                           23,225.59

        ESCROW BALANCE                                           1,800.00
```

OUR TAX I.D. NO. 72-0859959

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 21-10818 |
| **RIVERSTREET VENTURES, LLC** | CHAPTER 11 |
| **DEBTOR** | SECTION "A" |

**********************************************************************

**RECAP OF TIME OF SIMON, PERAGINE, SMITH & REDFEARN, LLP,
FORMER COUNSEL FOR THE DEBTOR,
FOR PERIOD OF JUNE 24, 2021 THROUGH AUGUST 31, 2021**

| ATTORNEY SERVICES: | | | | | |
|---|---|---|---|---|---|
| **Individual** | **Year Admitted** | **Hours** | **Rate** | **Effective Rate** | **Total** |
| Patrick S. Garrity | 1995 | 65.30 | $350.00 | $425.00 | $ 22,855.00 |
| Law Clerk | | 4.30 | $ 85.00 | $ 85.00 | $ 365.50 |
| **Total** | | **69.60** | | | **$ 23,220.50** |

| EXPENSES: | |
|---|---|
| Teleconference Services | $ 5.09 |
| **Total** | **$ 5.09** |

**TOTAL SERVICES AND EXPENSES**  $23,225.59

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 21-10818** |
| **RIVERSTREET VENTURES, LLC** | **CHAPTER 11** |
| **DEBTOR** | **SECTION "A"** |

*************************************************************************

## AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

I, Patrick S. Garrity, formerly of Simon, Peragine, Smith & Redfearn, LLP, named in the foregoing Application, do hereby make solemn oath that I have read such Application and that all of the allegations of fact contained therein are true and correct to the best of my knowledge, information and belief.

/s/ Patrick S. Garrity
**PATRICK S. GARRITY**

**SWORN TO AND SUBSCRIBED** before me, Notary, this 16th day of November, 2021 at Metairie, Louisiana.

/s/ David M. Serio
**DAVID M. SERIO**
**LA Bar No. 34760**